Sealed

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF FLORIDA, STATE OF HAWAII, STATE OF ILLINOIS, STATE OF LOUISIANA, COMMONWEALTH OF MASSACHUSETTS, STATE OF NEVADA, STATE OF TENNESSEE, STATE OF TEXAS, COMMONWEALTH OF VIRGINIA, STATE OF GEORGIA, STATE OF INDIANA, STATE OF MICHIGAN, STATE OF MONTANA, STATE OF NEW HAMPSHIRE, STATE OF NEW MEXICO, STATE OF NEW YORK, STATE OF NEW JERSEY, STATE OF OKLAHOMA, STATE OF RHODE ISLAND, STATE OF WISCONSIN, EX REL. MICHAEL KEELER,<br><br>Plaintiff,<br><br>v.<br><br>EISAI, INC.,<br><br>Defendant. | CIVIL ACTION NO.: 09-22302-CIV-UNGARO/SIMONTON<br><br>FILED IN CAMERA AND UNDER SEAL |

## ORDER GRANTING UNITED STATES' UNOPPOSED *EX PARTE* APPLICATION FOR ORDER ADMINISTRATIVELY CLOSING THIS MATTER

Upon consideration of the United States' unopposed *ex parte* application, pursuant to the False Claims Act, 31 U.S.C. §3730(b)(3), for the administrative closure of this case, during which it may determine whether or not to intervene in the above-captioned action, it is hereby

**ORDERED AND ADJUDGED** that the above-captioned application for administrative closure is GRANTED without prejudice. It is further

**ORDERED AND ADJUDGED** that:

(1) For administrative purposes, this case is hereby CLOSED pending the government's decision whether to intervene;

(2) All pending motions are DENIED AS MOOT;

(3) The Complaint and all other filings in this action SHALL remain under seal until further order of this Court; and

(4) The United States SHALL file a status report every ninety (90) days from the date of this Order, or a notice on its decision on whether to intervene.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of October, 2010.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record