IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA                Sealed

CASE NO. 09-22302-CIV-UNGARO/SIMONTON

UNITED STATES OF AMERICA, et al.,
ex rel. KEELER,

                    Plaintiffs,

        V.

EISAI, INC.,

                    Defendant.
_____/

## ORDER

The United States, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED AND ADJUDGED** that,

1.      The complaint be unsealed and served upon the defendant by the relator;

2.      This Order, and all prior Orders of the Court, be unsealed;

3.      The United States' Notice of Election to Decline Intervention, the United States' Applications for extensions of time, and the United States Application for Partial Seal Lift, all be unsealed;

4.      All other documents in this case (the United States memoranda in support of its Applications), shall **remained sealed**.

5.      All future filings in this case shall not be filed under seal.

6.      The parties shall serve all future pleadings and motions filed in this action, including supporting memoranda, and all notices of appeal, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition

transcripts and is entitled to intervene in this action, for good cause, at any time.

      7.     All future orders of this Court shall be sent to the United States; and

      8.     Should the relator or the defendant propose that this action be dismissed,

settled, or otherwise discontinued, the Court will solicit the written consent of the United

States before ruling or granting its approval.

      DONE AND ORDERED in Chambers at Miami, Florida, this __ day of ____,

2011.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record