UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-22302-CIV-UNGARO

UNITED STATES OF AMERICA, *et al.*,
*ex rel*. MICHAEL KEELER,

    Plaintiffs,

v.

EISAI, INC.,

    Defendant.
_____/

**ORDER VACATING ADMINISTRATIVE ORDER**

THIS CAUSE is before the Court *sua sponte*.

THE COURT being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Order Administratively Closing this Matter (D.E. 22) is hereby VACATED.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of March, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE