UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-22302-CIV-UNGARO/TORRES

UNITED STATES OF AMERICA, et al.,
ex rel. KEELER,

        Plaintiffs,

v.

EISAI INC.,

        Defendant.
_____/

**DEFENDANT EISAI INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendant Eisai Inc. ("Eisai") respectfully moves for a 30-day enlargement of time, through and including May 25, 2011, to respond to Plaintiff's Complaint. In support of this Motion, Eisai states:

1. Plaintiff Michael Keeler commenced this *qui tam* action against Eisai on August 4, 2009 by filing a complaint in the Southern District of Florida.

2. On February 24, 2011, the United States filed its Notice of Election to Decline Intervention in this action. (D.E. 23.) On March 23, 2011, the Plaintiff States filed a Consolidated Notice of the Commonwealth of Virginia and Other Plaintiff States of Their Election to Decline Intervention. (D.E. 30.)

3. This action remained under seal until March 8, 2011. (*See* D.E. 25.)

4. On April 4, 2011, Eisai was formally served with the Complaint.

5. Pursuant to Federal Rule of Civil Procedure 81(c), Eisai's response to the Complaint is currently due on April 25, 2011.

6. Plaintiff's Complaint contains twenty-seven counts and seeks damages and other relief under *qui tam* provisions of the federal False Claims Act and numerous similar state provisions. More specifically, Plaintiff alleges Eisai caused the filing of false claims to be presented under the Medicare, Medicaid, TRICARE and other federally-funded government healthcare programs in connection with the prescription cancer drug, Ontak®. (Compl. ¶1.) Plaintiff also alleges Eisai deliberately avoided federal price controls on experimental use of drugs and established a system of illegal kickbacks to physicians who are prescribers of large amounts of Ontak®. (Compl. ¶¶90-104.)

7. Additionally, Plaintiff alleges that he is a former Eisai employee who was discharged in violation of 31 U.S.C. §3730(h). (Compl. ¶¶11, 81-89.) Plaintiff alleges that one of the reasons he was given for his termination was that he had warned a new employee against off-labeling marketing of Ontak® for melanoma. (*Id*.)

8. The Complaint contains numerous factual allegations regarding Eisai's marketing for Ontak®, Eisai's sales representative training pertaining to Ontak®, materials Eisai allegedly provided to Ontak® sales representatives, Eisai's sales representatives' communications with physicians regarding Ontak®, Eisai's reimbursement programs for third-party payors of Ontak® and sales representatives' sales quotas for Ontak®. (Comp. ¶¶29-65.)

9. Plaintiff also alleges Eisai illegally provided discounts to induce the sale of two other drugs, Aloxi® and Fragmin®. (Comp. ¶¶11, 66-75.)

10. Due to the numerous legal issues and the factual allegations raised in the Complaint, Eisai reasonably requires additional time, through and including May 25, 2011, to prepare an appropriate response.

## **MEMORANDUM OF LAW**

Rule 6 of the Federal Rules of Civil Procedure allows the Court to enlarge the period of time for taking any act required by the Federal Rules of Civil Procedure, or by any order of the Court.  *See* Fed. R. Civ. P. 6.  This request is not being made for any improper purpose.  Moreover, no party will be prejudiced by the granting of this motion.

WHEREFORE, Defendant Eisai Inc. respectfully requests the entry of an order granting a 30-day enlargement of time, through and including May 25, 2011, to file a response to Plaintiff's Complaint.  A proposed order is attached hereto as Exhibit A for the Court's consideration.

## **LOCAL RULE 7.1 CERTIFICATION**

As required by Local Rule 7.1(A)(3), undersigned counsel for Eisai has conferred with counsel for Plaintiff who has advised that Plaintiff has no objection to the requested enlargement of time.

Dated:  April **19**, 2011.

Respectfully submitted,

*/s/ Patricia E. Lowry*
Patricia E. Lowry
Florida Bar No. 332569
Email: patricia.lowry@ssd.com
Amy Bloom
Florida Bar No. 0506893
Email: amy.bloom@ssd.com
**SQUIRE, SANDERS & DEMPSEY (US) LLP**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509

*Attorneys for Defendant Eisai Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on April **19**, 2011 on all counsel of record on the Service List below in the manner specified.

/s/ *Patricia E. Lowry*
Patricia E. Lowry

## SERVICE LIST

### VIA CM/ECF

Gary Michael Farmer, Jr.
**FARMER JAFFE WEISSING EDWARDS FISTOS & LEHRMAN PL**
425 N Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Ph: (954) 524-2820
Fax: (954) 524-2822
Email: gary@pathtojustice.com

*Attorneys for Michael Keeler, Relator*

James P. Gitkin
**SALPETER GITKIN, LLP**
Museum Plaza — Suite 503
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Ph: (954) 467-8622
Fax: (954) 467-8623
Email: jim@salpetergitkin.com

*Co-Counsel for Michael Keeler, Relator*

Theodore L. Radway
**U.S. ATTORNEY'S OFFICE SOUTHERN DISTRICT OF FLORIDA**
99 N.E. 4th Street Suite 300
Miami, FL 33132
Ph: (305) 961-9337
Fax: (305) 530-7139
Email: ted.radway@usdoj.gov

*Attorneys for United States of America*

Mark Alan Levine
**U.S. ATTORNEY'S OFFICE SOUTHERN DISTRICT OF FLORIDA**
99 N.E. 4th Street Suite 300
Miami, FL 33132
Ph: (305) 961-9303
Fax: (305) 530-7139
Email: mark.lavine@usdoj.gov

*Attorneys for United States of America*

**VIA U.S. MAIL**

| | |
|---|---|
| Joyce R. Branda<br>Patricia R. Davis<br>Arthur S. Di Dio<br>**UNITED STATES DEPARTMENT OF JUSTICE**<br>**COMMERCIAL LITIGATION BRANCH**<br>601 D Street NW<br>Washington, DC 20004<br>Ph: (202) 305-2335<br>Email: civil.fraud@usdoj.gov<br><br>*Attorneys for United States of America* | Candice D. Hooper<br>**ASSISTANT ATTORNEY GENERAL**<br>**CIVIL INVESTIGATIONS UNIT**<br>**MEDICAID FRAUD CONTROL UNIT**<br>**OFFICE OF THE ATTORNEY GENERAL**<br>900 East Main Street<br>Richmond, Virginia<br>Ph: (804) 371-6017<br>Fax: (804) 786-0807<br>Email: chooper@oag.state.va.us<br><br>*Attorneys for the Commonwealth of Virginia* |

WESTPALMBEACH/581902.1