UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-22302-CIV-UNGARO

UNITED STATES OF AMERICA, *et al.*,
*ex rel*. MICHAEL KEELER,

    Plaintiffs,

v.

EISAI, INC.,

    Defendant.
                               /

## ORDER ON MOTION FOR EXTENSION

THIS CAUSE is before the Court upon Defendant's Motion for Extension of time to respond to Plaintiff's Complaint, filed April 19, 2011. (D.E. 39.)

THE COURT has considered the Motions and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 39) is GRANTED IN PART. Defendant's response is due on or before May 2, 2011.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of April, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE