UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NUMBER: 09-22302-CIV-UNGARO

UNITED STATES OF AMERICA,
et al., ex rel. KEELER,

    Plaintiff,
vs.

EISAI, INC.,

    Defendant.
_____/

### NOTICE OF APPEARANCE OF COUNSEL

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Attorney Steven R. Jaffe of Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L., 425 N. Andrews Ave., Suite 2, Fort Lauderdale, Florida 33301, hereby enters his notice of appearance as counsel for Plaintiff in the above-styled cause, and respectfully requests that copies of all papers, filings, correspondence, notices and other materials relating to the above-styled action be directed to him.

Respectfully Submitted,

By: ___s/Steven R. Jaffe___
    Steven R. Jaffe
    FBN:390770

FARMER, JAFFE, WEISSING, EDWARDS,
FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Telephone:    954-524-2820
Facsimile:    954-524-2822
steve@pathtojustice.com

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy of the Notice of Filing Summons has been filed with the Clerk of the Court this 20th day of April, 2011, by using the CM/ECF system which will send a notice of electronic filing to the following: **Joyce R. Branda, Esq.**, United States Department of Justice, Commercial Litigation Branch, 601 D Street NW, Washington, DC 20004, and **Mark Lavine, Esq.**, and **Theodore L. Radway**, **Esq.**, United States Attorney's Office, 99 N.E. 4th Street, Suite 300, Miami, Florida 33132.