UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-22302-CIV-UNGARO

UNITED STATES OF AMERICA, *et al.*,
*ex rel*. MICHAEL KEELER,

    Plaintiffs,

v.

EISAI, INC.,

    Defendant.
_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.  On May 2, 2011, Defendant filed a Motion to Enforce Settlement and Motion to Dismiss (D.E. 46.)  It appears from a review of the record that Plaintiff has failed to timely file a Response.  Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff SHALL file a Response on or before May 25, 2011.  Plaintiff is cautioned that failure to file a response by the above-indicated deadline will result in the Court granting Defendant's Motion without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 23d__ day of May, 2011.

*/s/ Ursula Ungaro*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record