IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL, EX REL.  MICHAEL KEELER : : : Plaintiff, : : v. : : EISAI, INC. : 100 TICE BLVD. : WOODCLIFF LAKE,  NEW JERSEY  : Defendant. : | CIVIL ACTION NO.   09-22302 *JURY TRIAL DEMANDED* |

### NOTICE OF FILING EXHIBITS TO SECOND AMENDED COMPLAINT

Plaintiff/Relator files this Notice of Filing Exhibits to Second Amended Complaint.

Respectfully submitted,

/s/ Seth Lehrman
Gary Farmer FLBN 914444
Seth Lehrman FLBN 132896
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Ave., Suite 2
Fort Lauderdale, FL 33301
Tel.: 954-524-2820
Fax: 954-524-2822
Email: gary@pathtojustice.com
seth@pathtojustice.com

James P. Gitkin, Esq.  FLBN 570001
SALPETER GITKIN
200 S. Andrews Ave., Suite 503
Fort Lauderdale, FL 33301-1864
Tel. 954-467-8622
Fax. 954-467-8623
Email: jim@salpetergitkin.com

Steven F. Grover, Esq.  FLBN 131296
STEVEN F. GROVER, P.A.
One East Broward Blvd., Suite 700
Fort Lauderdale, FL 33301
Tel.: 954-356-0005
Fax: 954-356-0010
E-mail: lawhelp@earthlink.net

*Attorneys for Plaintiff/Relator*
*Michael Keeler*