UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-22302-CIV-UNGARO

UNITED STATES OF AMERICA, *et al.*,
*ex rel*. MICHAEL KEELER,

    Plaintiffs,

v.

EISAI, INC.,

    Defendant.
                                /

## ORDER ON MOTIONS FOR EXTENSION

THIS CAUSE is before the Court upon Plaintiff's Motion for Extension of Time *Nunc Pro Tunc* to file Exhibit C to Second Amended Complaint (D.E. 66), and Defendant's Motion for Extension of Time to File Response to Plaintiff's Second Amended Complaint and Motion to Exceed Page Limits (D.E. 67.)

THE COURT has considered the Motions and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion (D.E. 66) is GRANTED. It is further

ORDERED AND ADJUDGED that Defendant's Motion (D.E. 67) is GRANTED:

(1) Defendant's Motion to Dismiss is due on or before July 25, 2011. **No further extensions will be granted**.

(2) Defendant will be accorded 10-page enlargement of the page limit for its Memorandum in Support of its Motion to Dismiss and a 5-page enlargement for its Memorandum in Support of its

Reply.  **No more enlargements of the page limit will be permitted**.

(3) Plaintiff will be allowed a 10-page enlargement of the page limit for its Opposing Memorandum of Law.  **No more enlargements of the page limit will be permitted**.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th day of July, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE