**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 1:09-CV-22302-UU**

UNITED STATES OF AMERICA
EX REL. MICHAEL KEELER

vs.

EISAI, INC.

-----------------------------------------------------/

**NOTICE OF APPEARANCE**
**AS ADDITIONAL COUNSEL OF RECORD**
**FOR RELATOR MICHAEL KEELER**

      Steven F. Grover, Esq. hereby appears as additional lead co-counsel for

Relator, Michael Keeler, and respectfully requests of the Clerk of Court, the Court,

and all parties, that he be served with all pleadings, motions, orders, and other

papers in the case at bar, at the following addresses:

Steven F. Grover, Esq.
Steven F. Grover, PA
One East Broward Blvd.
Suite 700
Fort Lauderdale, FL 33301
Tel.: 954-356-0005
Fax : 954-356-0010
E-mail: lawhelp@earthlink.net

      Respectfully submitted:

      s/ Steven F. Grover
      ----------------------------------------
      Steven F. Grover, Esq.
      Steven F. Grover, PA
      One East Broward Blvd.
      Suite 700
      Fort Lauderdale, FL 33301
      Tel.: 954-356-0005
      Fax : 954-356-0010
      E-mail: lawhelp@earthlink.net

<u>Certificate of Service</u>

I hereby certify that the above has been served upon all counsel of record by CM/ECF on this **July 8, 2011**, including those persons listed in the Service List below.

s/ Steven F. Grover
---------------------------------------
Steven F. Grover

<u>SERVICE LIST</u>

Patricia Elaine Lowry, Esq.
Amy Bloom, Esq.
Squire Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Dr.
Suite 1900
West Palm Beach, FL
33401-6198
561-650-7130
561-655-1509 (fax)
amy.bloom@ssd.com

Mark Alan Levine, Esq.
U.S. Attorney's Office
99 NE 4 St.
Suite 300
Miami, FL 33132
305-961-9303
305-530-7139 (fax)
mark.lavine@usdoj.gov

Theodore L. Radway, Esq.
U.S. Attorney's Office
99 NE 4 St.
Suite 300
Miami, FL 33132
305-961-9303
305-530-7139 (fax)
ted.radway@usdoj.gov

Joyce R. Branda, Esq.
United States Dept. of Justice
Commercial Litigation Branch
601 D St. NW
Washington, DC 20004

Gary Michael Farmer, Jr., Esq.
Steven R. Jaffe, Esq.
Seth Michael Lehrman, Esq.
Farmer Jaffe Weissing Edwards
Fistos & Lehrman PL
425 N. Andrews Ave.
Suite 2
Ft. Lauderdale, FL 33301
954-524-2820
954-524-2822 (fax)

Michael M. Mustokoff, Esq.
Duane Morris
30 S. 17 St.
Philadelphia, PA 19103
mmustakoff@duanemorris.com

Harvey W. Gurland, Esq.
Duane Morris
200 S. Biscayne Blvd.
Suite 3400
Miami, FL 33131
305-960-2214
305-960-2201 (fax)
hwgurland@duanemorris.com

James Paul Gitkin, Esq.
Salpeter Gitkin LLP
Museum Plaza
Suite 503
200 S. Andrews Ave.
Ft. Lauderdale, FL 33301
954-467-8622
954-467-8623 (fax)

Mark A. Jensen
King & Spalding
1700 Pennsylvania Ave., NW
Washington, DC 2006
mjensen@kslaw.com

Jamie A. Lang
King & Spalding
1700 Pennsylvania Ave., NW
Washington, DC 2006
jlang@kslaw.com

Ashley C. Parrish
King & Spalding
1700 Pennsylvania Ave., NW
Washington, DC 20006
aparrish@kslaw.com

Joseph Sedwick Sollers, III
King & Spalding
1700 Pennsylvania Ave., NW
Washington, DC 20006
202-626-5612
wsollers@kslaw.com