UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 09-22302-CIV-UNGARO

UNITED STATES OF AMERICA, *et al.*,
*ex rel*. MICHAEL KEELER,

      Plaintiffs,

v.

EISAI, INC.,

      Defendant.
_____/

## ORDER ON MOTIONS

THIS CAUSE is before the Court upon Plaintiff's Motion for Leave to Authorize All Amendments to Plaintiff's Third Amended Complaint. (D.E. 84.) and Defendant's Motion for Relief Under Rule 15(a)(2) (D.E. 83).

THE COURT has reviewed the Motions and the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion (D.E. 84) is GRANTED. The Court warns that Plaintiff will not be afforded any more opportunities to amend his complaint, and that failure to comply with the Federal Rules of Civil Procedure or the Local Rules for the Southern District of Florida may result in dismissal of this action without further notice. It is further

ORDERED AND ADJUDGED that Defendant's Motion (D.E. 83) is GRANTED IN PART. Defendant SHALL file its responsive pleading on or before August 24, 2011, however, Defendant SHALL NOT be afforded any extra pages to respond.

DONE AND ORDERED this 7th day of August, 2011 at Miami, Florida.

                                */s/ Ursula Ungaro*
                                URSULA UNGARO
                                UNITED STATES DISTRICT JUDGE

cc: Counsel of Record