## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 16, 2011

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

FILED by _____ D.C.
AUG 18 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Appeal Number: 11-13372-E
Case Style: Michael Keeler, et al v. Eisai, Inc., et al
District Court Docket No: 1:09-cv-22302-UU

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Denise E. O'Guin, E
Phone #: (404) 335-6188

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 11-13372-E

UNITED STATES OF AMERICA,
Ex Rel., et al.,

                Plaintiffs,

MICHAEL KEELER,
Relator,

                Plaintiffs - Appellants,

versus

EISAI, INC.,
100 TICE BLVD.,
WOODCLIFF LAKE,
NEW JERSEY,

                Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Florida

ENTRY OF DISMISSAL: Pursuant to Appellant Michael Keeler's motion for voluntary dismissal FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective August 15, 2011.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Denise E. O'Guin, E, Deputy Clerk

FOR THE COURT - BY DIRECTION

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 15 2011
JOHN LEY
CLERK