UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:09-CV-22302-UU

UNITED STATES OF AMERICA
EX REL. MICHAEL KEELER, ET AL,

vs.

EISAI, INC.

_____/

**RELATOR'S REPLY TO DEFENDANT'S STATEMENT ABOUT EX PARTE MOTION FOR ONE-WEEK EXTENSION OF TIME TO FILE MOTION TO COMPEL AND MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS DUE TO FAMILY EMERGENCY**

Relator, for himself and the U.S.A, through undersigned counsel, respectfully states:

Defendant has stated that it does not oppose Relator's ex parte motion for a one-week extension of time, through **September 19, 2011**, for the filing of the Memorandum in Opposition to Defendant's Motion to Dismiss, *provided that* Defendant receives a commensurate one-week extension of time, through October 6, 2011, for the filing of its Reply Memorandum. That is fine with Relator.

With respect to Relator's request for the extension of time to file a Motion to Compel on Defendant's Objections to Relator's First Requests for Production, Defendant's position is that such a motion is premature because the parties have not yet held a meet and confer regarding the Requests for Production. Defendant cites Local Rule 26.1(h); App. A(VI)(A). It is true that the meet-and-confer has not taken place over the nearly 70 Requests for Production. At the time the emergency arose, Plaintiff's counsel was nearly done drafting a very detailed, 60-plus-page letter to defense counsel concerning Defendant's many objections to Relator's Requests for Production, for the meet-and-confer process. Since it is Defendant's position that the Motion to Compel is not due by this Monday, September 12, Relaotr's request for the one-week extension of time to file the Motion to Compel is moot. However, Relator's counsel advises the Court and defense counsel that the good faith letter will be completed and sent to defense

counsel no later than early next week. A Motion to Compel will be filed subsequently in the event that Defendant stands by most or all of its objections.

Considering Defendant's position, and all of the above, Relator prays that this Honorable Court grant Relator a one-week extension of time, specifically through **Monday, September 19, 2011**, to file the Memorandum in Opposition to Defendant's Motion to Dismiss.

Respectfully submitted:

s/ Steven F. Grover
-----------------------------------------
Steven F. Grover, Esq.
Steven F. Grover, PA
One East Broward Blvd.
Suite 700
Fort Lauderdale, FL 33301
Tel.: 954-356-0005
Fax : 954-356-0010
E-mail: lawhelp@earthlink.net

Certificate of Service

I hereby certify that the above has been served upon all counsel of record by CM/ECF on this **Sept. 9, 2011**, including those persons listed in the Service List below.

s/ Steven F. Grover
-----------------------------------------
Steven F. Grover

SERVICE LIST

Patricia Elaine Lowry, Esq.
Amy Bloom, Esq.
Squire Sanders & Dempsey
1900 Phillips Point West
777 S. Flagler Dr.
Suite 1900
West Palm Beach, FL
33401-6198
561-650-7130
561-655-1509 (fax)

amy.bloom@ssd.com

Mark Alan Lavine, Esq.
Assistant U.S. Attorney &
Health Care Fraud Coordinator
U.S. Attorney's Office
99 N.E. 4 St.
Suite 300
Miami, FL 33132
305-961-9303
305-530-7139 (fax)
mark.lavine@usdoj.gov

Theodore L. Radway, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
99 N.E. 4 St.
Suite 300
Miami, FL 33132
305-961-9303
305-530-7139 (fax)
ted.radway@usdoj.gov

Joyce R. Branda, Esq.
United States Dept. of Justice
Commercial Litigation Branch
601 D St. NW
Washington, DC 20004

Gary Michael Farmer, Jr., Esq.
Steven R. Jaffe, Esq.
Seth Michael Lehrman, Esq.
Farmer Jaffe Weissing Edwards
Fistos & Lehrman PL
425 N. Andrews Ave.
Suite 2
Ft. Lauderdale, FL 33301
954-524-2820
954-524-2822 (fax)

Michael M. Mustokoff, Esq.
Duane Morris
30 S. 17 St.
Philadelphia, PA 19103
mmustakoff@duanemorris.com

Harvey W. Gurland, Esq.
Duane Morris
200 S. Biscayne Blvd.
Suite 3400
Miami, FL 33131
305-960-2214
305-960-2201 (fax)
hwgurland@duanemorris.com

James Paul Gitkin, Esq.
Salpeter Gitkin LLP
Museum Plaza
Suite 503
200 S. Andrews Ave.
Ft. Lauderdale, FL 33301
954-467-8622
954-467-8623 (fax)

Mark A. Jensen
King & Spalding
1700 Pennsylvania Ave., NW
Washington, DC 2006
mjensen@kslaw.com

Jamie A. Lang
King & Spalding
1700 Pennsylvania Ave., NW
Washington, DC 2006
jlang@kslaw.com

Ashley C. Parrish
King & Spalding
1700 Pennsylvania Ave., NW
Washington, DC 20006
aparrish@kslaw.com

Joseph Sedwick Sollers, III
King & Spalding
1700 Pennsylvania Ave., NW
Washington, DC 20006
202-626-5612
wsollers@kslaw.com

Keeler.Reply.MtnforExt'n.090911