UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-22302-CV-WILLIAMS

UNITED STATES OF AMERICA, *et al.*,
*ex rel.* Michael Keeler,

    Plaintiffs,

vs.

EISAI, INC.,

    Defendant.

_____

## ORDER ON MOTION FOR EXTENSION

THIS CAUSE is before the Court upon Plaintiff Realtor's Ex Parte Motion for One-Week Extension of Time to File Motion to Compel and Memorandum in Opposition to Motion to Dismiss Due to Family Emergency (DE 98).

THE COURT has considered the Motion and the pertinent portions of the record. Per agreement of the parties, it is hereby ORDERED AND ADJUDGED that Plaintiff's motion (DE 98) is GRANTED:

(1) Plaintiff shall file a memorandum in opposition to defendant's motion to dismiss, if any, by September 19, 2011. Defendant Eisai shall file a reply, if any, by October 6, 2011.

(2) The parties are ordered to meet-and-confer on the issue of Plaintiff's request for production and Plaintiff may file a motion to compel, if necessary, by September 19, 2011.

DONE AND ORDERED in chambers in Miami, Florida, this 9th day of September, 2011.

                                                    KATHLEEN M. WILLIAMS
                                                   UNITED STATES DISTRICT JUDGE

cc: Counsel of Record