UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:09-cv-22302-KMW

UNITED STATES OF AMERICA, et al,
*EX REL*. MICHAEL KEELER

vs.

EISAI, INC.
_____/

**NOTICE OF FILING EXHIBITS TO RELATOR'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT EISAI INC.'S MOTION TO DISMISS AND, IN THE ALTERNATIVE, FOR AN INJUNCTION AGAINST KEELER**

Relator, Michael Keeler, through counsel, files this Notice of Filing Exhibits to Relator's Memorandum of Law in Opposition to Defendant Eisai, Inc.'s Motion to Dismiss and in the Alternative, for an Injunction Against Keeler.

Respectfully submitted:

s/ Steven F. Grover
-----------------------------------------

| | |
|---|---|
| Steven F. Grover, Esq. (131296) | Gary Michael Farmer, Jr. (914444) |
| Steven F. Grover, PA | Seth Lehrman (132896) |
| One East Broward Blvd., Suite 700 | Farmer, Jaffe, Weissing, |
| Fort Lauderdale, FL 33301 | Edwards, Fistos & Lehrman, P.L. |
| Tel.: 954-356-0005 / Fax : 954-356-0010 | 425 N. Andrews Ave., Suite 2 |
| E-mail: lawhelp@earthlink.net | Ft. Lauderdale, FL 33301 |
| | Tel. 954-524-2820 / Fax 954-524-2822 |
| | E-mail: gary@pathtojustice.com |

James Paul Gitkin, Esq.
Salpeter Gitkin LLP
Museum Plaza, Suite 503
200 S. Andrews Ave.
Ft. Lauderdale, FL 33301
954-467-8622 / 954-467-8623 (fax)

Certificate of Service

I hereby certify that the above has been served upon all counsel of record by CM/ECF on this **September 23, 2011.**

s/ Seth Lehrman
-----------------------------------------
Seth Lehrman