UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:09-22302-CIV-WILLIAMS/TURNOFF

UNITED STATES OF AMERICA, et al.
ex rel. KEELER,

                Plaintiffs,

v.

EISAI INC.,

                Defendant.
_____ /

## DEFENDANT EISAI INC.'S UNOPPOSED MOTION FOR CORRECTION OF DUE DATE OF EISAI'S REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO EISAI'S MOTION TO DISMISS

Defendant Eisai Inc. ("Eisai") respectfully moves for a correction to the calculation of time allotted to respond to Plaintiff's Memorandum in Opposition ("Opposition") to Eisai's Motion to Dismiss and, in the Alternative, for an Injunction Against Keeler and Memorandum of Law in Support ("Motion to Dismiss").  In Plaintiff's second unopposed motion for extension of time to file his Opposition, Plaintiff inadvertently miscalculated the time for Eisai's reply as 18 days, which the Court adopted in its September 22, 2011 Order, setting a due date of October 11, 2011.  *See* September 22, 2011 Order.  According to Eisai's calculations and the agreement of the parties, however, Eisai should be allotted 21 days to respond to Plaintiff's Opposition, and the due date should be October 14, 2011.

In support of this motion, Eisai states as follows

1.      On September 8, 2011, Plaintiff requested an extension of time of 7 days to file his Opposition in response to Eisai's Motion to Dismiss.  Plaintiff requested a second extension

of time of 4 days to file his Opposition on September 19, 2011, such that his Opposition would be due September 23, 2011.  Eisai did not oppose Plaintiff's two, separate requests for extensions of time to file his Opposition, provided that Eisai received commensurate extensions.

2. Accordingly, by agreement of the parties and upon order of the Court, which granted both of Plaintiff's extensions, Eisai should have received a total of 21 days for its Reply to Plaintiff's Opposition (10 days pursuant to Local Rule 7.1(c)(1), 7 days to correspond to Plaintiff's first extension granted September 9, 2011, and 4 days to correspond to Plaintiff's second extension granted September 22, 2011).

3. That calculation results in a due date of Friday, October 14, 2011, as opposed to Tuesday, October 11, 2011.

WHEREFORE, Eisai respectfully requests the entry of an Order setting the due date of Eisai's Reply for October 14, 2011.

## LOCAL RULE 7.1 CERTIFICATION

As required by Local Rule 7.1(A)(3), undersigned counsel for Eisai has conferred with counsel for Plaintiff who has advised that Plaintiff has no objection to the requested correction of the due date for Eisai's Reply.

Dated:  October **7**, 2011.                                      Respectfully submitted,

*/s/ Amy Bloom*
Patricia E. Lowry, Florida Bar No. 332569
Amy Bloom, Florida Bar No. 0506893,
SQUIRES, SANDERS & DEMPSEY (US) LLP
1900 Phillips Point West, 777 S. Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  (561) 650-7214
Facsimile:   (561) 655-1509
Email:  patricia.lowry@ssd.com
Email:  amy.bloom@ssd.com

        J. Sedwick Sollers III
        Mark A. Jensen
        Ashley C. Parrish
        Jamie A. Lang
        KING & SPALDING LLP
        1700 Pennsylvania Avenue, N.W.
        Washington, D.C. 20006
        Telephone: (202) 737-0500
        Facsimile: (202) 626-3737
        Email: wsollers@kslaw.com
        Email: mjensen@kslaw.com
        Email: aparrish@kslaw.com
        Email: jlang@kslaw.com

        *Counsel for Defendant Eisai, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on October **7**, 2011, on all counsel of record on the Service List below in the manner specified.

*/s/ Amy Bloom*
Amy Bloom

**SERVICE LIST**

**VIA CM/ECF**

Gary Michael Farmer, Jr.
Steven R. Jaffe
Seth Lehrman
**FARMER JAFFE WEISSING EDWARDS FISTOS & LEHRMAN PL**
425 N Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Ph: (954) 524-2820
Fax: (954) 524-2822
Email: gary@pathtojustice.com

*Attorneys for Michael Keeler, Relator*

James P. Gitkin
**SALPETER GITKIN, LLP**
Museum Plaza — Suite 503
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Ph: (954) 467-8622
Fax: (954) 467-8623
Email: jim@salpetergitkin.com

*Co-Counsel for Michael Keeler, Relator*

Mark Alan Levine
**U.S. ATTORNEY'S OFFICE SOUTHERN DISTRICT OF FLORIDA**
99 N.E. 4th Street Suite 300
Miami, FL 33132
Ph: (305) 961-9303
Fax: (305) 530-7139
Email: mark.lavine@usdoj.gov

*Attorneys for United States of America*

Steven F. Grover
**STEVEN F. GROVER, P.A.**
One East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301
Ph: (954) 356-0005
Fax: (954) 356-0010
Email: lawhelp@earthlink.net

*Co-Counsel for Michael Keeler, Relator*

**VIA U.S. MAIL**

| | |
|---|---|
| Joyce R. Branda<br>Patricia R. Davis<br>Arthur S. Di Dio<br>**UNITED STATES DEPARTMENT OF JUSTICE**<br>**COMMERCIAL LITIGATION BRANCH**<br>601 D Street NW<br>Washington, DC 20004<br>Ph: (202) 305-2335<br>Email: civil.fraud@usdoj.gov<br><br>*Attorneys for United States of America* | Candice D. Hooper<br>**ASSISTANT ATTORNEY GENERAL**<br>**CIVIL INVESTIGATIONS UNIT**<br>**MEDICAID FRAUD CONTROL UNIT**<br>**OFFICE OF THE ATTORNEY GENERAL**<br>900 East Main Street<br>Richmond, Virginia 23219<br>Ph: (804) 371-6017<br>Fax: (804) 786-0807<br>Email: chooper@oag.state.va.us<br><br>*Attorneys for the Commonwealth of Virginia* |

WESTPALMBEACH/588487.1