UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:09-CV-22302-WILLIAMS/TURNOFF

UNITED STATES OF AMERICA
EX REL. MICHAEL KEELER, ET AL,

vs.

EISAI INC.

-----------------------------------------------------/

**RELATOR'S UNOPPOSED REQUEST FOR ORAL ARGUMENT**

Relator Michael Keeler, for himself and the U.S.A (collectively "Relator" or "Keeler"), through undersigned counsel, respectfully requests that this Honorable Court allow oral argument on Defendant Eisai Inc.'s Motion to Dismiss Third Amended Complaint, and as grounds in support states as follows:

*This Request is not opposed by Defendant.*

In this matter Relator has alleged that Eisai engaged in three schemes that violated the federal Civil False Claims Act and approximately 30 State and municipal false claims statutes. Eisai moved to dismiss the Complaint under Rule 9(b), for alleged failure to plead with sufficient particularity, and under Rule 12(b)(6) with multiple arguments of alleged failure to state a claim. The arguments for and against the Motion to Dismiss are complex, involving consideration of far more statutes and cases than the typical Motion to Dismiss. It is respectfully submitted that between 60 and 120 minutes be reserved for the hearing.

Due to the imminent holiday season and the pre-arranged family travels of counsel of record, it would be extremely difficult to schedule the hearing for this month. It is therefore respectfully requested that oral argument be set for January 2012, or as soon thereafter as practicable.

This Request for Oral Argument is made without waiver of any of Keeler's rights— including his right to argue that this Honorable Court actually should defer ruling on the Motion to Dismiss because of Eisai's discovery delay tactics (even after the Court denied Eisai's motion to stay discovery pending the Motion to Dismiss), which have thwarted Keeler's ability to obtain discovery in support of a motion for partial summary judgment, in violation of Rules 1 and 56 of the Federal Rules of Civil Procedure.

WHEREFORE, Relator, for himself and the U.S.A, through undersigned counsel, respectfully moves this Honorable Court to schedule a 60- to 120-minute hearing for oral argument on Defendant's Motion to Dismiss, to occur in January 2012 or as soon thereafter as practicable.

Respectfully submitted:

s/ Steven F. Grover
-----------------------------------------
Steven F. Grover, Esq.
Steven F. Grover, PA
One East Broward Blvd.
Suite 700
Fort Lauderdale, FL 33301
Tel.: 954-356-0005
Fax : 954-356-0010
E-mail: stevenfgrover@gmail.com

Certificate of Service

I hereby certify that the above has been served upon all counsel of record by CM/ECF on this **Dec. 12, 2011**, including those persons listed in the Service List below.

s/ Steven F. Grover
-----------------------------------------
Steven F. Grover

Keeler.RequestforOralArguent.121211