UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-22302-CV-WILLIAMS

UNITED STATES OF AMERICA, *et al.*,
*ex rel.* Michael Keeler,

      Plaintiffs,

vs.

EISAI, INC.,

      Defendant.

## ORDER

**THIS MATTER** is before the Court on Defendant Eisai's Motion to Vacate Order Scheduling Mediation and Motion to Stay Mediation Pending Ruling on Eisai's Motion to Dismiss Third Amended Complaint. Upon review of the record and the motion, it is hereby **ORDERED AND ADJUDGED** that the motion is **GRANTED**, insofar as the parties are not required to participate in mediation as required by the Court's scheduling order, but may be ordered to mediate at some point prior to trial.

**DONE AND ORDERED** in chambers in Miami, Florida, this 6th day of September, 2012.

                                    KATHLEEN M. WILLIAMS
                                    UNITED STATES DISTRICT JUDGE